No. 02–8231. PHILLIPS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉▉▉▉▉▉

No. 02–8232. PARRISH, AKA PARISH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉▉

No. 02–8233. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–8234. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉▉▉

No. 02–8235. ESPINOSA-OSSA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉▉▉▉

No. 02–8236. MATTHEWS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8237. LAWRENCE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8238. ROSS *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 02–8240. RAMOS *v.* WEBER, WARDEN. C. A. 8th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉

No. 02–8241. STONE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉▉

No. 02–8242. SPICER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉▉

No. 02–8243. SMITH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8245. COOK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉▉

No. 02–8246. DAVIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▉▉▉▉▉▉▉▉▉

No. 02–8247. CERNA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.